**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | | |
|---|---|---|
| In re ROBIN GARRETT TOMER, | ) | Case no. 08-61265 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| ROMAR ELEVATORS, INC., | ) | Adv. 08-06097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| ROBIN GARRETT TOMER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

**JUDGMENT**

For the reasons stated in the memorandum on the parties' motions for summary judgment, it is ORDERED, ADJUDGED, AND DECREED that

Judgment shall be and hereby is entered in favor of Romar Elevators, Inc. The debt of Robin Garrett Tomer owed to Romar Elevators, Inc., in the amount of $171,000.00 is nondischargeable and shall not be discharged by the order of discharge if and when entered in the above-styled bankruptcy case. Each party shall bear its own fees and costs.

Upon entry of this Judgment the Clerk shall forward a copy to Darren W. Bentley, Esq., Lewis E. Goodman, Esq.. and the chapter 13 trustee.

Entered on this  25th  day of November, 2009.

William E. Anderson
United States Bankruptcy Judge